IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOEL ZAMORA,<br><br>            Defendant. | CR 21-22-BLG-SPW-3<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for March 18, 2022 at 10:30 a.m., is **VACATED** and **RESET** to commence on **Tuesday, March 15, 2022 at 10:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 15th day of February, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1